```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 50891
    KAREN WELCH ROBINSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-2601

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 10/12/2005 and was confirmed 12/08/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  81.11%.

    The case was paid in full 12/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
NPS                         UNSECURED      NOT FILED            .00            .00
MIDFIRST BANK               CURRENT MORTG        .00            .00            .00
MIDFIRST BANK               MORTGAGE ARRE   7163.90            .00        7163.90
ADVOCATE CHRIST HOSPITAL    UNSECURED      NOT FILED            .00            .00
AMERICASH LOANS LLC         UNSECURED       1778.12            .00        1442.22
TRANSWORLD SYSTEMS          UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO HEIGHTS     UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON         UNSECURED        553.72            .00         449.12
TRANSWORLD SYSTEMS          UNSECURED      NOT FILED            .00            .00
NICOR GAS                   UNSECURED       1047.94            .00         849.98
JBC & ASSOCIATES            UNSECURED      NOT FILED            .00            .00
PAYDAY LOANS                UNSECURED      NOT FILED            .00            .00
QUEST DIAGNOSTICS           UNSECURED      NOT FILED            .00            .00
TALK AMERICA                UNSECURED      NOT FILED            .00            .00
TOYS R US                   UNSECURED      NOT FILED            .00            .00
VILLAGE OF FLOSSMOOR        UNSECURED      NOT FILED            .00            .00
NPS                         SECURED         5679.87         393.89        5679.87
GNMA                        NOTICE ONLY    NOT FILED            .00            .00
DAVID M SIEGEL              DEBTOR ATTY     2,244.00                     2,244.00
TOM VAUGHN                  TRUSTEE                                      1,217.03
DEBTOR REFUND               REFUND                                         539.93

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             19,979.94

PRIORITY                                        .00
SECURED                                   12,843.77
    INTEREST                                 393.89
UNSECURED                                  2,741.32

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 50891 KAREN WELCH ROBINSON
```

```
ADMINISTRATIVE                                                 2,244.00
TRUSTEE COMPENSATION                                           1,217.03
DEBTOR REFUND                                                    539.93
                                     ---------------     ---------------
TOTALS                                     19,979.94           19,979.94
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```